## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

COUNTY OF KING, et al.,
      *Plaintiffs-Appellees*,

      *v.*

SCOTT TURNER, Secretary, United States
Department of Housing and Urban
Development, et al.,
      *Defendants-Appellants.*

No. 25-3664

## JOINT MOTION TO MODIFY THE BRIEFING SCHEDULE

Pursuant to Fed. R. App. P. 26(b), the parties jointly request that this Court modify the briefing schedule in this case such that the appellees' brief would be due on August 15, 2025, and the government's reply brief would be due on September 12, 2025.

1. Under the Court's order entered on June 10, 2025, the government filed its opening brief on July 8, 2025. Appellees' response brief is currently due August 5, 2025, and the government's reply brief is currently due August 26, 2025.

2.  In order to accommodate the schedules of counsel, the parties jointly request that the schedule be modified such that appellees' response brief would be due 10 days later, on August 15, 2025, and the government's reply brief would be due 17 days later, on September 12, 2025.

3.  The requested extension is necessary because the attorney with primary responsibility for preparing the government's brief in this case, Sarah Smith, will be on leave and traveling August 8-20.  Ms. Smith is also scheduled to present oral argument in *Mississippi v. Department of Energy*, No. 24-60529 (5th Cir.), the week of September 1.  The proposed schedule would resolve those conflicts and divide the extra time in the briefing schedule among the parties in a manner that has been mutually agreed to.

4.  For the foregoing reasons, the parties jointly request that the Court modify the briefing schedule as outlined above.

Respectfully submitted,

/s/ Paul J. Lawrence          DANIEL TENNY
PAUL J. LAWRENCE
JAMIE LISAGOR              /s/ Sarah N. Smith
SARAH S. WASHBURN         SARAH N. SMITH
MEHA GOYAL                *Attorneys*
LUTHER REED-CAULKINS      *Civil Division, Appellate Staff*
*Special Deputy Prosecutors*   *U.S. Department of Justice*
*Pacifica Law Group LLP*       *950 Pennsylvania Ave., N.W., Room*
*401 Union Street, Suite 1600*  *7533*
*Seattle, WA 98101*            *Washington, D.C. 20530*
*(206) 245-1700*              *(202) 305-0173*


JULY 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 236 words, according to the word count of Microsoft Word.

*/s/ Sarah N. Smith*
Sarah N. Smith

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I filed and served the foregoing

with the Clerk of the Court by causing a copy to be electronically filed via

the Appellate Case Management System (ACMS). I also hereby certify that

the participants in the case are registered ACMS users and will be served

via ACMS.

*/s/ Sarah N. Smith*
Sarah N. Smith