UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COUNTY OF KING; et al.,<br><br>     Plaintiffs - Appellees,<br><br>  v.<br><br>SCOTT TURNER, Secretary, United States Department of Housing and Urban Development; et al.,<br><br>     Defendants - Appellants. | No. 25-3664<br><br>D.C. No. 2:25-cv-00814-BJR<br>Western District of Washington, Seattle<br><br>ORDER |

The motion (Docket Entry No. 18) to modify the briefing schedule is granted.

The answering brief is due August 15, 2025. The optional reply brief is due September 12, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT