

**U.S. Department of Justice**
950 Pennsylvania Avenue NW
Washington, DC 20530

Tel: (202) 305-0173

February 26, 2026

VIA CM/ECF

Molly C. Dwyer, Clerk of Court
United States Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

RE: *County of King v. Turner*, No. 25-3664

Dear Ms. Dwyer:

Defendants submit this letter to respond to plaintiffs' February 25 letter concerning the Hyde Amendment's applicability to the Continuum of Care (CoC) grant funds at issue in this case.

Defendants agree that the provision of the Consolidated Appropriations Act of 2024 cited by the parties, Pub. L. No. 118-42 § 202, 138 Stat. 25, 153, applies to funds appropriated to the Department of Justice and does not apply to the CoC funds at issue in this case. Regardless, funding elective abortions is not an authorized use of housing funds, and plaintiffs do not contend otherwise. 42 U.S.C. § 11383 (listing eligible uses of CoC funds). There is nothing unlawful about HUD using its authority under 42 U.S.C. § 11386(b) to effectuate that

limitation on CoC funds by imposing an express condition of funding, and thereby ensuring the effective and efficient use of that funding.  Plaintiffs are therefore unlikely to succeed on their challenge to this condition.  Moreover, plaintiffs do not argue in their letter that they intend to use CoC funds to fund elective abortions.  For that reason, they cannot demonstrate irreparable harm from the imposition of that condition, either.  For both reasons, the Court should vacate the district court's preliminary injunction.

Sincerely,

*/s/ Sarah N. Smith*
SARAH N. SMITH
Counsel for Appellants

cc: All counsel by ECF