UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COUNTY OF KING; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>SCOTT TURNER, Secretary, United States Department of Housing and Urban Development; et al.,<br><br>Defendants - Appellants. | No. 25-3664<br><br>D.C. No.<br>2:25-cv-00814-BJR<br>Western District of Washington, Seattle<br><br>ORDER |

Before: McKEOWN, PAEZ, and BUMATAY, Circuit Judges.

A judge of this court has called for a vote to determine whether this case should be reheard en banc. The parties are directed to file simultaneous briefs setting forth their respective positions on whether the case should be reheard en banc. The briefs shall not exceed 15 pages unless they comply with the alternative length limitation of 4,200 words. The briefs shall be filed within 21 days of the date of this order.